H. TROY ROMERO (CBN #224867)
ROMERO PARK P.S.
16935 West Bernardo Drive, Suite 260
San Diego, California  92127
TEL: (858) 592-0065 FAX: (425) 450-0728
tromero@romeropark.com
Attorneys for Plaintiffs

JS-6

# UNITED STATES DISTRICT COURT

# IN AND FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNISOURCE WORLDWIDE, INC., a
Delaware corporation;
AETNA HEALTH AND LIFE
INSURANCE COMPANY, a
Connecticut corporation,

                Plaintiffs,

v.

JOSEPH AZAR, an individual; and
DOES 1 through 10, inclusive,

                Defendants,

Case No: CV 14-0082 ABC (PJWx)

[~~PROPOSED~~] JUDGMENT IN A CIVIL ACTION

Hon. Audrey B. Collins
Courtroom: 680

Hearing Date: May 14, 2014

## JUDGMENT

Following entry of Default and this Court's granting of Plaintiffs

UNISOURCE WORLDWIDE, Inc., and AETNA HEALTH AND LIFE

INSURANCE COMPANY's Motion for Default Judgment, it is ordered that

the Plaintiffs, UNISOURCE WORLDWIDE, INC. and AETNA HEALTH

AND LIFE INSURANCE COMPANY recover from the Defendant, Joseph

Azar, the amount of One Hundred Seventy Thousand Eight Hundred Thirty

Seven and 65/100 Dollars ($170,837.65), which includes prejudgment interest

at the rate of 10%, along with costs.

DATED: June 4, 2014

_____

Hon. Audrey B. Collins